JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNA RENEE N., | Case No.  8:20-cv-02038-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is reversed and this matter is remanded for further proceedings consistent with the Opinion.

DATED:  January 26, 2022

_Karen E. Scott_
KAREN E. SCOTT
United States Magistrate Judge